AO 241 (Rev. 9/17) (N.D.IN Prison Disciplinary Rev. 2/20)
USDC IN/ND case 3:20-cv-00877-JD-MGG   document 1   filed 10/20/20   page 1 of 6
RECEIVED AND ENTERED on
10/20/20 by LMN - 13 pages.
(date)  (initials)  (num)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): Wayne Mitchell | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 3:20-cv-877 |
|---|---|
| Place of Confinement: Wabash Valley Corr. Facility | Earliest Possible Release Date: 04/09/27 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]

1. Name of facility holding the hearing: Wabash Valley Correctional Facility
   Date of hearing: 8/3/2020. Case number: WVD 20-07-0146
   Offense: Violation of Law (Conspiracy to commit fraud)
   Code # A-100. Did you plead guilty? ○ Yes. ⬤ No.

2. Lost earned credit time? ○ No. ⬤ Yes, I lost 180 days earned credit time.
   Was the loss of earned credit time suspended? ⬤ No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? ○ No. ⬤ Yes, I was demoted from Class 1 to Class 3.
   Was the demotion suspended? ⬤ No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No. ⬤ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No. ⬤ Yes, the result was: Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⬤ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?
   ⬤ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   Meleia Mitchell will mail $65.00 check
   ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

*CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]*

**GROUND ONE:** *[Briefly describe your claim.]* Violation of policy / Due process

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]*

See Attached papers

Did you present Ground One to the Final Reviewing Authority? ☑ Yes.  ☐ No, because _____

**GROUND TWO:** *[Briefly describe your claim.]* Lack of evidence

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]*

See Attached pages

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes.  ☐ No, because _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**GROUND THREE**: [Briefly describe your claim.] Violation of Law 11-11-5-5 (13)

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

See Attached paper

Additional Grounds Attached

Did you present Ground Three to the Final Reviewing Authority? ☒ Yes. ☐ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]
- ☒ Report of Conduct
- ☒ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☒ Other relevant documents: IC Code 11-11-5-5 And policy and Statement from OII with Date they Became aware of misconduct.

## RELIEF

I ask for the following relief: All 13 conducts Vacated, All Good time restored and refund of money spent for copys and filing fee $88.60 in total _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 10 / 13 /2020 at 12 am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____                    128693
Signature                                          Prisoner Number

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

# Grounds

p1

**#1** Violation of policy / Due process

Policy 02-04-101 page 28 #6 states when an offender request witness statement from a person outside of the facility the HRO or the DHO must make every effort to obtain a ~~written~~ Witten witness statement via Letter, Email or call. All efforts to obtain statement/testimony shall be documented in writing and shall become part of the record of case. No effort to obtain statement from witness I requested was made. If Meleia mitchell's statement would have been obtain her statement would have proved there was no conspiracy to commit fraud. Conspired = to plan together secretly to commit an illegal act. To join or act together combine. Conspiracy A plot. Meleia Mitchell's statement would have proved there was never a conspiracy.

**#2** Violation of Policy 02-04-101 page 30 Policy states staff have 7 business days from the date they first become aware of alleged violation to file thier report with DHB. OII Became aware of misconduct 6-25-2020 during a Interveiw. So therefore per this policy they had tell 7-5-2020 to file the reports with DHB All 13 conducts was filed 7-21-2020 well passed Deadline per there policy. Due process Violation

p2

## Grounds

#3 Violation of Law 11-11-5-5(B)

This Indiana IC Code states the Department may not charge a committed person with a Disciplinary rule Violation unless it does so within 10 days of date it became aware of that persons alleged involvement in misconduct. It's Very clear that from OII Mr. McDonald's statement dated 7-21-20 that him and his team became aware of misconduct 6-25-2020 During a Interveiw that took place that Day. therefore they had 10 days from 6-25-2020 (7-5-2020), 13 conducts was done 7-21-2020 well passed the Deadline

#4 Violation of Due process/policy 02-04-101

I did not have opportunity to have my case heard before an impartial decision maker. He made no effort to obtain witness statement. He did not consider any evidence. He seen all 13 conducts was for same offense so did not read all the reports Because it would have took sometime. after reading two I was sent to my cell. Ten min's latter he come told me I find you Guilty Gave me 5yrs seg time and Deprive me of all my good time and Both time Class. I was also made aware he only had 12 of the 13 conducts.

p3

# Grounds

**#5** Violation of Due process/policy

I was never giving a written statement by fact-finder of evidence relied on and reason for Disciplinary action tell after the appeal Deadline. The hearing was held 8-3-2020 I was not giving this Infor tell 8-18-2020 the Deadline date had passed already.

## Lack of evidence

**#6**

There was no evidence of conspiracy. There physical evidence Emails Dont paint a picture of conspiracy Emails telling my wife to buy her and Grandma luch, order her laptop Est is no conspiracy. Its not a crime to tell your wife to pay Bills. my XIV Amendment has been Violated as well as VI. A outside Case of theft was also filed. NOT conspiracy to commit fraud. Ignoranc of law and policy is no Excuse. The appeal process is rubber stamp for Arbitary Decisions. This is arbitary Justice at its Best. There is no evidence to prove I obtained any money. there is no Conspiray